NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HEGRENES, *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>MORTEN NILSEN, *et al*,<br><br>Defendants. | Civil Action No.: 16-2271 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court by way of Plaintiffs' motion for default judgment as against Defendants Orion Trading Institution, Orion Trading Management and Top Unit Management (the "Corporate Defendants"). (ECF No. 35). On May 18, 2016, the Clerk of Court entered default against these Defendants for their failure to plead or otherwise respond to the complaint. (ECF No. 9). Plaintiffs moved for default judgment as to the Corporate Defendants on February 2, 2017. (ECF No. 35).

While the Court recognizes that Plaintiffs' motion for default judgment is now ripe, at this time, the Court will deny Plaintiffs' motion for default judgment without prejudice to the re-filing of same at a later date. That is, given that other Defendants (the "answering Defendants") have timely answered Plaintiffs' complaint (ECF No. 19) and that this case is therefore in the early stages of litigation, the Court finds it prudent to postpone any ruling on Plaintiffs' motion for default judgment until such time as the claims against the answering Defendants have been resolved. At that time, the Court will have a better understanding of Plaintiffs' prospective relief as against the Corporate Defendants. Accordingly,

IT IS on this 28th day of FEB ,2017

**ORDERED** that Plaintiffs' motion for the entry of default judgment (ECF No.35) is hereby DENIED without prejudice to the refiling of same at the appropriate time.

IT IS SO ORDERED.

                                                        JOSE L. LINARES, U.S.D.J.