**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN HEGRENES, LIFECLUB INTERNATIONAL, S.A., and LIFECLUB INTERNATIONAL LTD., | Civil Action No. 16-cv-02271-JLL-JAD |
| Plaintiffs, | |
| v. | |
| MORTEN NILSEN, BAARD JORDAL, ORION TRADING INSTITUTION, ORION TRADING MANAGEMENT, TOP UNIT MANAGEMENT, and KIMYA NILSEN, | **STIPULATION OF DISMISSAL** |
| Defendants. | |

Plaintiffs, John Hegrenes, LifeClub International, S.A., and LifeClub International Ltd. ("Plaintiffs") and Defendants, Morten Nilsen and Kimya Nilsen ("Nilsen Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that, the matter having been amicably settled between the parties, and no other parties having appeared, the matter is hereby voluntarily dismissed with prejudice and with each party to bear their own attorney's fees and costs, pursuant to F.R.C.P. 41(a)(1)(ii). This dismissal is limited to Plaintiff's claims against the Nilsen Defendants, and to the Nilsen Defendants' counterclaims against Plaintiffs.

        **STONE CONROY LLC**
        *Attorneys for the Nilsen Defendants*

Date: January 18, 2019      By:  *s/ Shalom D. Stone*
                                             Shalom D. Stone

        **RIVKIN RADLER LLP**
        *Attorneys for Plaintiffs*

Date: January 18, 2019      By:  *s/ Nancy A. Del Pizzo*
                                             Nancy A. Del Pizzo

SO ORDERED: [signature]

DATED: 1/22/19