## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**JOHN HEGRENES, et al.,**

*Plaintiffs,*

v.

**MORTEN NILSEN, et al.,**

*Defendants.*

Civil Action No. 16-2271

**AMENDED ORDER
AND JUDGMENT**

**WHEREAS** on December 1, 2021, the Court entered an Order ("December 2021 Order") granting in part and denying in part Plaintiffs John Hegrenes', LifeClub International, S.A.'s, and LifeClub International LTD's (collectively, "Plaintiffs") Motion for Reconsideration, ECF No. 122;

and it appearing that the Court granted judgment in favor of Plaintiffs and against Defendants Orion Trading Institution, Orion Trading Management, Top Unit Management, and Baard Jordal (collectively "Defendants"), in the amount of €11,755,200, plus post-judgment interest, attorneys' fees, and costs;

and it appearing that the Court (1) directed Plaintiffs to submit an affidavit of services of fees and costs; and (2) granted leave for Plaintiffs to submit an affidavit calculating the conversion of Euros to US Dollars, for which the Court can enter an Amended Judgment;

and it appearing that Plaintiffs filed a timely Declaration of Services and Costs on December 30, 2021, seeking a total of $396,622.13 in attorneys' fees and costs and calculating the conversion of the judgment to US Dollars, ECF No. 123;

and it appearing that the Court has reviewed the Declaration of Services and Costs with exhibits A-C submitted by Plaintiffs; and the Court having considered the matter, and for good cause having been shown;

**IT IS** on this 10th day of March, 2022;

**ORDERED** that Plaintiffs' application for fees and costs in the amount of $396,622.13 is hereby **GRANTED**; and it is further

**ORDERED** that based upon the Euros to US Dollars conversion rate provided in the Declaration of Services and Costs, which as of December 1, 2021 was 1.132 (i.e. 1 EUR = 1.132 USD), the Judgment amount set forth in the Court's December 2021 Order of €11,755,200 equals $13,306,886.40; and it is further

**ORDERED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, jointly and severally, in the amount of $13,703,508.53, plus post-judgment interest; and it is further

**ORDERED** that this matter is now **CLOSED**.

*/s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**